

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 16, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2024
```

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMORANDUM ENDORSED

Re:   *United States v. Marco Cintron*, 24 Cr. 495 (GHW)

Dear Judge Woods:

    The Government writes on behalf of the parties to respectfully request an adjournment of the status conference currently scheduled for December 20, 2024. The Government is preparing a *Pimentel* letter in anticipation of a potential resolution and is awaiting certain state court records from New Jersey to aid in the calculation of the applicable sentencing range under the Sentencing Guidelines.

    The parties are available for a conference on February 4, 2025 at 10:00 a.m., and will notify the Court in advance of that date if the parties have reached a resolution.

    The Government requests the exclusion of time, pursuant to 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial insofar as the exclusion would allow the parties to continue the aforementioned discussions and allow for a potential pre-trial resolution. The defendant consents to the exclusion of time. A proposed order excluding time is attached.

The Court expects to grant this application by separate order.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

SO ORDERED.
Dated: December 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By: _____
Getzel Berger
Assistant United States Attorney
(212) 637-1061

Encl.

cc:   Jonathan Marvinny, Esq. (by ECF)