UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                        :

UNITED STATES OF AMERICA,          :

                         :

           -v-                  :                   1:24-cr-495-GHW

                         :

MARCO CINTRON,                :                  ORDER

                         :

               Defendant.    :

                                          :

------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the United States of America, by and through DANIELLE R. SASSOON, United States Attorney for the Southern District of New York, GETZEL BERGER, Assistant United States Attorney, of counsel, and with the consent of MARCO CINTRON, by and through his attorney, JONATHAN MARVINNY, it is hereby ORDERED that the pretrial conference in this case be continued from February 4, 2025 to March 12, 2025 at 11:00 am.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter.  Accordingly, it is further ORDERED that the time from the date of this order through March 12, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 31.

      SO ORDERED.

Dated:  February 1, 2025
New York, New York

                                              _____
                                                GREGORY H. WOODS
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2025